No. 82–1206. REUSSER, ADMINISTRATOR OF THE ESTATE OF REUSSER *v.* AMERICAN BANKERS INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 82–1211. FRY ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–1214. LEHNER *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1224. KATV–CHANNEL 7 *v.* THOMAS. C. A. 8th Cir. Certiorari denied.

No. 82–1227. FORBES *v.* NEWMAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–1235. LUNA *v.* TEXAS. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 82–1236. MORTON ET AL. *v.* ZIDELL EXPLORATIONS, INC. C. A. 9th Cir. Certiorari denied.

No. 82–1238. MEYERSON ET AL. *v.* ESPANOLA WAY CORP. C. A. 11th Cir. Certiorari denied.

No. 82–1245. MOWDER ET AL. *v.* ILLINOIS EX REL. ROBERTS, STATE'S ATTORNEY, SANGAMON COUNTY, ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 82–1249. OJEDA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 82–1250. FLORIDA EX REL. SMITH, TRUSTEE *v.* ORANGE COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 82–1251. ROME *v.* SUPREME COURT OF KANSAS. C. A. 10th Cir. Certiorari denied.